by George G. Dayton against Aaron P. Bliss and W. G. Van Auken. No opinion. Order affirmed, with $10 costs and disbursements.

DEFFAA, Respondent, v. DEFFAA, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by George Deffaa against Agnes Deffaa. F. G. Steffens, for appellant. C. J. Gerlich, Jr., for respondent.

PER CURIAM. Judgment affirmed, with costs.

VAN BRUNT, P. J., dissents.

DELANOY, Respondent, v. CENTRAL-HUDSON STEAMBOAT CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by Mary L. Delanoy, as administratrix, etc., of Calvin Delanoy, deceased, against the Central-Hudson Steamboat Company. No opinion. Judgment and order unanimously affirmed, with costs.

DENISON et al., Respondents, v. DENISON et al., Appellants. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by John M. Denison and others against Myra B. Denison and others. W. T. Read and F. Bartlett, for appellants. W. S. Logan, for respondents. No opinion. Judgment affirmed, with costs, on opinion of the court below. 86 N. Y. Supp. 604.

DERSCH, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Elise Dersch against the Interurban Street Railway Company.

PER CURIAM. Order modified, by inserting a provision requiring the defendant, as the condition of the new trial, to pay the costs of the trial already had and all disbursements in the action to the date of the order, and, as modified, order affirmed, without costs.

DI STEFENO, Appellant, v. PEEKSKILL LIGHTING & R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Martino Di Stefeno against the Peekskill Lighting & Railroad Company. No opinion. Reargument ordered, and case set down for June 7, 1905.

DIXON, Respondent, v. NEW YORK & S. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by George D. Dixon against the New York & Stamford Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

DORGAN, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by John Dorgan against the New York City Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

DRESSNER, Respondent, v. DRESSNER, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Henrietta Dressner against Henry T. Dressner. No opinion. Judgment and order affirmed, with costs.

DUCKWORTH, Respondent, v. HARRINGTON, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by Walter F. Duckworth against Dennis J. Harrington.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., not voting.

DUFFGHE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by John P. Duffghe against the Metropolitan Street Railway Company. No opinion. Reargument ordered, and case set down for June 7, 1905.

In re DUKE. (Supreme Court, Appellate Division, First Department. April 7, 1905.) In the matter of Brodie L. Duke. D. Nicoll, for appellant. L. S. Phillips, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DYER v. KRATZENSTEIN. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Horace L. Dyer against Herman Kratzenstein. No opinion. Motion denied, with $10 costs.

EARLE, Respondent, v. JORDAN, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Henry M. Earle against John J. Jordan. H. W. Merchant, for appellant. H. Hasbrouck, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ECKER, Respondent, v. FONDA, J. & G. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Edward Ecker against the Fonda, Johnstown & Gloversville Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

EHRHARD, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Louis Ehrhard against the Metropolitan Street Railway Company. See 74 N. Y. Supp. 551. Charles F. Brown, for appellant. Charles Bulkley Hubbell, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, J. (dissenting). This action was first before this court on an appeal from a judgment in favor of the plaintiff. That judgment was reversed upon the ground that the verdict was against the weight of evidence. 58 App. Div. 613, 68 N. Y. Supp. 457. Upon the new trial the plaintiff again obtained a verdict, the defendant appealed, and the judgment was again reversed upon the ground of error in a ruling upon a question of evidence.